## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 2011 C 717 |
| v. | )<br>) Judge Der-Yeghiyian<br>) |
| TRUCK U-2, INC., an Illinois corporation, | ) Magistrate Judge Valdez<br>)<br>) |
| Defendant. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 1, 2011 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon TRUCK U-2, INC., an Illinois corporation was made on the Defendant on February 16, 2011, and a copy of the proof of service was filed with the court on February 17, 2011.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

    $4,810.69 Pension
    $3,161.85  Welfare
     $925.00  Attorneys fees
    <u> $433.00</u>  Court costs
    $8,897.54

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, TRUCK U-2, INC. an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $8,897.54.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
    OF NORTHERN ILLINOIS WELFARE AND
    PENSION FUNDS

    s/John J. Toomey
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: March 10, 2011